| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-16728-AMC**

Andrew Horne
6844 Dunbar Road
Dundalk  MD   21222

Petition Filed Date: 10/29/2019
341 Hearing Date: 12/13/2019
Confirmation Date: 07/15/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/21/2020 | $200.00 | 25985302705 | 02/18/2020 | $200.00 | 26338665508 | 04/23/2020 | $400.00 | 26000055191 |
| 07/09/2020 | $400.00 | | 08/20/2020 | $200.00 | | 09/28/2020 | $300.00 | |
| 11/10/2020 | $300.00 | | 12/21/2020 | $400.00 | | 02/11/2021 | $200.00 | |
| 04/05/2021 | $200.00 | | 05/11/2021 | $200.00 | | 06/02/2021 | $200.00 | |

**Total Receipts for the Period:  $3,200.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $3,395.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Andrew Horne | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | US DEPT OF HUD<br>»» 001 | Secured Creditors | $5,250.89 | $0.00 | $0.00 |
| 2 | REGIONAL ACCEPTANCE CORP<br>»» 002 | Unsecured Creditors | $12,181.67 | $0.00 | $12,181.67 |
| 3 | EDUCATIONAL CREDIT MGMT CORP<br>»» 003 | Unsecured Creditors | $8,347.99 | $0.00 | $8,347.99 |
| 4 | BECKET & LEE, LLP<br>»» 004 | Unsecured Creditors | $176.92 | $0.00 | $176.92 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $408.97 | $0.00 | $408.97 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 006 | Unsecured Creditors | $1,151.84 | $0.00 | $1,151.84 |
| 7 | EDUCATIONAL CREDIT MGMT CORP<br>»» 007 | Unsecured Creditors | $72,828.43 | $0.00 | $72,828.43 |
| 8 | UNITED STATES TREASURY (IRS)<br>»» 08P | Priority Crediors | $3,913.10 | $523.44 | $3,389.66 |
| 9 | UNITED STATES TREASURY (IRS)<br>»» 08U | Unsecured Creditors | $1,013.47 | $0.00 | $1,013.47 |
| 10 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $1,364.05 | $0.00 | $1,364.05 |
| 11 | LAKEVIEW LOAN SERVICING LLC<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | CITY OF PHILADELPHIA (LD)<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $2,392.80 | $2,392.80 | $0.00 |

**Chapter 13 Case No. 19-16728-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,395.00 | Current Monthly Payment: | $195.00 |
| Paid to Claims: | $2,916.24 | Arrearages: | ($450.00) |
| Paid to Trustee: | $298.76 | Total Plan Base: | $7,040.00 |
| Funds on Hand: | $180.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.