United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-16728-amc
Andrew Horne  Chapter 13
Andrew Horne
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 02, 2022 | Form ID: pdf900 | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Andrew Horne, MAILING ADDRESS, 6844 Dunbar Road, Dundalk, MD 21222-5906 |
| db | + | Andrew Horne, 107 W Washington Lane, Philadelphia, PA 19144-2613 |
| 14412113 | + | Daniel J. Santucci, Esq., 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 14412115 | + | Hartford Funding Ltd, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 14412118 | + | Jennie Shnayder, Esq., 148 E Street Road, Suite 352, Feasterville Trevose, PA 19053-7604 |
| 14448843 | + | LAKEVIEW LOAN SERVICING, LLC, CENLAR FSB, BK Department, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 14548613 | + | LAKEVIEW LOAN SERVICING, LLC ET.AL, 5151 CORPORATE DRIVE, TROY, MI 48098-2639 |
| 14412120 | | Lakeisha Horne, 1117 West Washington Lane, Philadelphia, PA 19144 |
| 14650312 | + | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1873 |
| 14422405 | | Lakeview Loan Servicing, LLC, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14555078 | + | Lakeview Loan Servicing, LLC, c/o Rebecca A. Solarz, Esquire, 701 Market Street, Suite 5000, Phila., PA 19106-1541 |
| 14422457 | | Lakeview Loan Servicing, LLC, C/o Robert J. Davidow, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14430290 | + | Navient Solutions, LLC. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14412124 | + | PHEAA/HCB, Attn: Bankruptcy, 1200 North 7th St, Harrisburg, PA 17102-1444 |
| 14412125 | | Phelan Hallinan & Schmieg, LLP, One Penn Center Plaza, 1617 John F. Kennedy Blvd. Suite 1400, Philadelphia, PA 19103-1814 |
| 14412127 | + | RAS Citron, LLC, 133 Gaither Drive, Suite F, Mount Laurel, NJ 08054-1710 |
| 14415033 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East 11th Floor, Philadelphia, PA 19107-3325 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 02 2022 23:52:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 02 2022 23:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 02 2022 23:52:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14480390 | | Email/Text: megan.harper@phila.gov | Mar 02 2022 23:52:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14412110 | | Email/PDF: bncnotices@becket-lee.com | Mar 02 2022 23:59:46 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 14412111 | + | Email/Text: bankruptcy@credencerm.com | Mar 02 2022 23:52:00 | Credence Resource Management, Po Box 2300, Southgate, MI 48195-4300 |
| 14412112 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 02, 2022 | Form ID: pdf900 | Total Noticed: 40 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 02 2022 23:59:36 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14412114 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 02 2022 23:59:36 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14444566 | + | Email/Text: ECMCBKNotices@ecmc.org | Mar 02 2022 23:52:00 | ECMC, PO BOX 16408, SAINT PAUL, MN 55116-0408 |
| 14412116 | + | Email/Text: Bankruptcy@homebridge.com | Mar 02 2022 23:52:00 | HomeBridge Financial Services, Attn: Bankruptcy, 194 Wood Avenue South, Ninth Floor, Iselin, NJ 08830-2710 |
| 14412117 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 02 2022 23:52:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14412119 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 02 2022 23:52:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14446767 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 02 2022 23:59:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14412122 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 02 2022 23:52:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 14444533 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 02 2022 23:52:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14412123 | + | Email/PDF: pa_dc_claims@navient.com | Mar 02 2022 23:59:42 | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 14412126 | | Email/Text: info@plazaservicesllc.com | Mar 02 2022 23:52:00 | Plaza Services, Llc, Attn: Bankruptcy, 110 Hammond Dr. Ste 110, Atlanta, GA 30328 |
| 14438832 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 02 2022 23:59:43 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14412128 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Mar 02 2022 23:59:47 | Regional Acceptance Co, Attn: Bankruptcy, Po Box 1487, Wilson, NC 27894-1487 |
| 14422495 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Mar 02 2022 23:59:47 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14412129 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 02 2022 23:59:42 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14412130 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 02 2022 23:52:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14412131 | | Email/Text: megan.harper@phila.gov | Mar 02 2022 23:52:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 23

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14440085 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14412121 | * | Lakeisha Horne, 1117 West Washington Lane, Philadelphia, PA 19144 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 02, 2022 | Form ID: pdf900 | Total Noticed: 40 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2022        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Andrew Horne dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| JEROME B. BLANK | on behalf of Creditor Lakeview Loan Servicing  LLC paeb@fedphe.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| ROBERT J. DAVIDOW | on behalf of Creditor Lakeview Loan Servicing  LLC robert.davidow@phelanhallinan.com |
| ROBERT PATRICK WENDT | on behalf of Creditor Lakeview Loan Servicing  LLC paeb@fedphe.com, LeopoldAssociatesPAX6428@projects.filevine.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| THOMAS SONG | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC C/O FLAGSTAR BANK F.S.B tomysong0@gmail.com |
| THOMAS SONG | on behalf of Creditor Lakeview Loan Servicing  LLC tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　Andrew Horne<br><br>　　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 19-16728-AMC |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: March 2, 2022**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE